IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
AUG - 2 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 1:22CR00109RWS-ACL |
| CHRISTOPHER SCOTT MEYER, | ) ) | Title 18 United States Code |
| Defendant. | ) ) | Section 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about May 21, 2022, in Perry County, in the Southeastern Division of the Eastern District of Missouri, the defendant,

**CHRISTOPHER SCOTT MEYER,**

knowingly possessed a firearm, while knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate commerce during or prior to being in defendant's possession. In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

SAYLER FLEMING
UNITED STATES ATTORNEY

_____
PAUL W. HAHN, #33190MO
ASSISTANT UNITED STATES ATTORNEY