UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:22 CR 109 RWS |
| ) | |
| CHRISTOPHER SCOTT MEYER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the **sentencing** as to this defendant is set on **Wednesday, February 22, 2023 at 11:00 a.m.** **IN PERSON** at the Rush Hudson Limbaugh, Sr., United States Courthouse, 555 Independence St., Cape Girardeau, Missouri 63701.

**IT IS FURTHER ORDERED** that the deadline for filing objections, if any, to the Presentence Report as to this defendant is **February 8, 2023.**

**IT IS FURTHER ORDERED** that no objections shall be filed after the deadline without leave of the Court. A request for leave to file objections out of time must be in writing and supported by reasons for the request.

**IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of

witnesses and the estimated length of such testimony.

**IT IS FINALLY ORDERED** that the parties must file any memoranda no later than seven (7) days before sentencing date except that a response to a sentencing memorandum may be filed no later than five (5) days before the sentencing date.

```
                                    _____
                                    RODNEY W. SIPPEL
                                    UNITED STATES DISTRICT JUDGE
```

Dated this 17th day of November, 2022.